# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1857
LT Case No. 05-2018-DR-26006

_____

CHARITY CLIFFORD,

Appellant,

v.

WILLIAM CLIFFORD,

Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Laura Moody, Judge.

Shari J. Wilson, Rockledge, for Appellant.

No Appearance for Appellee.

March 17, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and KILBANE and MACIVER, JJ., concur.

―――――――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――――――